# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1568

_____

William Jacinto Pineda-Villalobos

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: October 24, 2014
Filed: October 28, 2014
[Unpublished]

_____

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

El Salvadoran citizen William Jacinto Pineda-Villalobos (Pineda) petitions for review of an order of the Board of Immigration Appeals (BIA) upholding an immigration judge's (IJ's) denial of withholding of removal. We agree with the IJ and the BIA that Pineda failed to establish that he qualified for withholding of removal. See De Castro-Gutierrez v. Holder, 713 F.3d 375, 379 (8th Cir. 2013)

(reviewing de novo questions of law; where BIA essentially adopts IJ's decision, but also adds its own reasoning, this court reviews both decisions together under substantial-evidence standard); see also 8 U.S.C. § 1231(b)(3)(A); Alavez-Hernandez v. Holder, 714 F.3d 1063, 1066 (8th Cir. 2013) (qualifications for withholding of removal).  The petition for review is denied.

_____